

EOD

10/15/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-50168 |
| | § | |
| BILLY JOE HARRIST, JR. | § | |
| 300 Andrews | § | CHAPTER 13 |
| Hooks, TX  75561 | § | |
| xxx-xx-5202 | § | |
| DEBTOR | § | |

# AGREED ORDER GRANTING MOTION OF ECAST SETTLEMENT CORPORATION FOR RELIEF FROM AUTOMATIC STAY

Prior to the hearing on the Motion of ECAST Settlement Corporation ("Movant") for Relief from Automatic Stay (the "Motion"), this Agreed Order was presented to the Court.  The attorneys for the Movant and Debtor have agreed to the terms of this order as follows:

1. Movant is the owner and holder of a claim evidenced by a Contract ("Contract"), dated January 19, 2008, executed by Debtor, which is fully secured by a properly perfected security interest in Debtor's 2007 Polaris Sportsman all-terrain vehicle bearing VIN 4XAMH68A77A212562 (the "Collateral");

2. Debtor is not opposed and is in agreement to terminate the automatic stay.

The parties further have agreed, and therefore, it is ORDERED, ADJUDGED, and DECREED that the automatic stay shall be and is hereby terminated as to the Collateral to allow Movant to proceed to immediately exercise its rights against the Collateral under the Contract and applicable non-bankruptcy law.  This Agreed Order shall be final upon entry and the fourteen (14) day time period of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

Signed on 10/15/2014

_Brenda T. Rhoades_  SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND APPROVED BY:


BY:  /s/ David Ruff, II (with permission)
      DAVID RUFF, II
      TBA #_____
      1915 MALL DRIVE
      TEXARKANA, TX  75503
      PHONE: 903-792-5313
      FAX: 903-792-5405

ATTORNEY FOR DEBTOR


OFFERMAN & KING, L.L.P.


BY:  /s/ James W. King                    .
      JAMES W. KING
      TBA #00791029
      6420 WELLINGTON PLACE
      BEAUMONT, TEXAS  77706
      PHONE:  (409) 860-9000
      FAX:  (409) 860-9199

ATTORNEY FOR MOVANT